

### [ Parsons v. Herris ]

Ioseph Parsons Attourny of Humphry Parsons Factor for sundry persons in England plaint. cont[a] Thomas Herris Defend[t] in an action of the case for non paym[t] of Nineteen pounds and ten Shillings in money due by bill under the hand & Seale of the s[d] Herris bearing date the. 16th Octob[r] 1678. with all other due damages: . . . The Iury . . . found for the plaint. Eleven pound five Shillings in money and costs of Court, Allow[d] Nineteen Shillings.

Execucion issued. 29° Ianur° 1678.

### [ Thayer v. Webb ]

Rich[d] Thayer jun[r] or Nathanael Thayer jun[r] or either of them plaint[s] ag[t] Christopher Webb Defend[t] The plaint[s] were non Suted by reason of the uncertainty of the process.

### [ Buckley v. Herris ]

Rich[d] Buckley plaint. cont[a] Thomas Herris Defend[t] in an Action of debt of thirty pounds eight Shillings and two pence in money due